**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**


| | | |
|---|---|---|
| *METROPOLITAN LIFE INSURANCE* | *:* | |
| *COMPANY* | *:* | |
| *Plaintiff* | *:* | *PJM-13-1956* |
| | *:* | |
| *Vs.* | *:* | |
| | *:* | |
| *FREEMAN FUNERAL SERVICES* | *:* | |
| *Defendant* | *:* | |


<u>*CLERK'S ORDER OF DEFAULT*</u>


     *UPON CONSIDERTION of Interpleader Plaintiff, Metropolitan Life Insurance Company's Unopposed Request for Entry of Default, and any response thereto, it is, this 22nd Day of May, 2014, hereby*

     *ORDERED, that the Request for entry of Default is GRANTED; and it is*

     *FURTHER ORDERED, that Default is entered against defendant Freeman Funeral Services.*


                 *FELICIA C. CANNON, CLERK*


        *BY:*   _____*/s/*_____
               *Ella S. Peterson*
               *Deputy Clerk*